THE STATE OF OHIO, APPELLEE, *v.* HOOPER, APPELLANT.

[Cite as *State v. Hooper,* 130 Ohio St.3d 271, 2011-Ohio-5716.]

*Court of appeals' judgment affirmed on the authority of* State v. Lester.

(No. 2011-0412—Submitted November 2, 2011—Decided November 9, 2011.)

APPEAL from the Court of Appeals for Montgomery County, No. 22883, 2010-Ohio-4041.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 130 Ohio St.3d 303, 2011-Ohio-5204, 958 N.E.2d 142.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, CUPP, and MCGEE BROWN, JJ., concur.

LANZINGER, J., concurs in judgment only.

_____

Matthias H. Heck Jr., Montgomery County Prosecuting Attorney, and Carly J. Ingram, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and E. Kelly Mihocik, Assistant Public Defender, for appellant.

_____